1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| GEORGE JONES, an individual, | Case No.: 2:21-cv-09121-SB-PD |
| Plaintiff, | *Hon. Stanley Blumenfeld, Jr.* |
| v. | |
| LBC INVESTMENT CAPITAL INC, a California corporation; and Does 1-10, | **ORDER RE: DISMISSAL** |
| Defendants. | Action Filed: November 22, 2021<br>Trial Date:    Not on Calendar |

1

1   Plaintiff George Jones has filed repeated notices of voluntary dismissal in this
2   action. Dkt. Nos. 18, 19, and 20. As noted in this Court's May 2, 2022 order, the action
3   was dismissed with prejudice as of July 2, 2022 "[b]y operation of [that] order and
4   without further court action." Dkt. No. 16. Accordingly, the case has been and is
5   dismissed with prejudice.

Dated:   September 14, 2022

Stanley Blumenfeld, Jr
United States District Judge